JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ANGELIQUE D. SPURLOCK,        )    No. CV 19-7787-JAK (PLA)
                              )
            Petitioner,    )    **JUDGMENT**
                              )
         v.               )
                              )
JANEL ESPINOZA, Warden,      )
                              )
            Respondent.    )

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: June 30, 2020             _____
                                 JOHN A. KRONSTADT
                        UNITED STATES DISTRICT JUDGE